**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

JOSE LUIS JACINTO CHACON,
Petitioner,
v.
MARKWAYNE MULLIN, *et al.*,
Respondents.

Case No. 5:26-cv-03294-RAO

**JUDGMENT**

Pursuant to the Court's Order Denying In Part and Dismissing In Part Petition for Writ of Habeas Corpus,

IT IS HEREBY ORDERED AND ADJUDGED that this action is dismissed.

DATED: July 21, 2026

/s/
ROZELLA A. OLIVER
UNITED STATES MAGISTRATE JUDGE